ALBERTA P. STAHL, TRUSTEE
221 N. Figueroa Street, Suite 1200
Los Angeles, CA  90012
Email:       trusteestahl@earthlink.net
Telephone: (213) 580-7977
Facsimile:  (213) 482-1647

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| In Re:<br><br>SIMONETTI, STEVEN J.<br>SIMONETTI, DEBRA ANN<br><br><br><br>Debtor(s) | Case No.: 2:10-51986-PC<br><br>10519862<br>Chapter: 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
|---|---|

COUNSEL: Eve A Marsella
TO THE ABOVE NAMED DEBTOR(S):

   You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **December 20, 2010** at **11:00 a.m.** at OFFICE OF THE UNITED STATES TRUSTEE, 725 S. FIGUEROA STREET, ROOM 102, LOS ANGELES, CA 90012, for the reason set forth below:

   The Trustee requested that you provide additional documentation.


Dated:  November 8, 2010                         /s/ Alberta P. Stahl
                                                 ALBERTA P. STAHL
                                                 Chapter 7 Trustee


   I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on November 8, 2010.

                                                 /s/ Craig Aron
                                                 Craig Aron